UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv04228 CAS (ASx) Date: August 11, 2026

Title *JORGE ALBERTO TORRES, III v. UNITED STATES OF AMERICA; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – DECLARATION OF COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE RE: SERVICE OF PROCESS [14] (Filed August 10, 2026)**

The Court is in receipt of the Declaration of Counsel [14] filed on August 10, 2026, in response to the Court's Order to Show Cause [12]. The Court hereby extends its Order to Show Cause as to **defendant YADIRA VALADEZ-GARCIA**, to permit plaintiff additional time to complete service upon this defendant.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 30, 2026**, why this action should not be dismissed for lack of prosecution as to **defendant YADIRA VALADEZ-GARCIA, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant YADIRA VALADEZ-GARCIA** on or before the above date, as a satisfactory response to the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv04228 CAS (ASx) Date: August 11, 2026

Title *JORGE ALBERTO TORRES, III v. UNITED STATES OF AMERICA; ET AL.*

**IT IS FURTHER ORDERED** that the Court's Order to Show Cause as to service upon defendant UNITED STATES OF AMERICA, is hereby discharged.

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |